

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00074-CV

Zachary K. Mills, Robin Mills, and Edgegrove Homes, LLC
v.
Deborah Rupp and Edward Rupp

On Appeal from the
200th District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-21-006863

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed in part, and rendered in part. The Court orders the judgment of the trial court REVERSED IN PART and RENDERS judgment in accordance with its opinion. The Court further orders the judgment AFFIRMED in all other respects. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

January 15, 2026